AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the

DONTRAE THOMAS
*Petitioner*

v.

Case No. 5:24-cv-131-TJC-PRL
*(Supplied by Clerk of Court)*

WARDEN FCI COLEMAN LOW
*Respondent*
(name of warden or authorized person having custody of petitioner)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Dontrae M. Thomas
   (b) Other names you have used: n/a
2. Place of confinement:
   (a) Name of institution: FCI Coleman Low
   (b) Address: P. O. Box 1031
                Coleman, FL  33521-1031
   (c) Your identification number: 14420-033
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court for the Western District of Kentucky
   (b) Docket number of criminal case: 3:12-cr-119-1-BJB-CHL
   (c) Date of sentencing: Unrecalled
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

THOMAS, DONTRAE 14420033

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☒ Disciplinary proceedings
☐ Other (explain):

_____

6.  Provide more information about the decision or action you are challenging:
    (a) Name and location of the agency or court: Federal Bureau of Prisons

    (b) Docket number, case number, or opinion number:   1074825-A2
    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
    Disciplinary proceedings in which Good Conduct Time was revoked (see attached for further detail)

    (d) Date of the decision or action: Dec. 16, 2020

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**
    Did you appeal the decision, file a grievance, or seek an administrative remedy?
    ☒ Yes          ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: Federal Bureau of Prisons' Regional Office
        (2) Date of filing: Dec. 29, 2020
        (3) Docket number, case number, or opinion number: 1074825-R1
        (4) Result: Denied
        (5) Date of result: Apr. 7, 2021
        (6) Issues raised: Due Process Violations (see attached for further detail)

    (b) If you answered "No," explain why you did not appeal:

8.  **Second appeal**
    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ☒ Yes          ☐ No

THOMAS, DONTRAE 14420033

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: Federal Bureau of Prisons' Central Office
    (2) Date of filing: May 3, 2021 (resubmitted upon request on June 20, 2021)
    (3) Docket number, case number, or opinion number: 1074825-A2
    (4) Result: Denied
    (5) Date of result: Sept. 30, 2021
    (6) Issues raised: Due Process Violations (see attached for more detail)

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court:
    (2) Date of filing:
    (3) Docket number, case number, or opinion number:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal: There is no third appeal opportunity available (no appeal after BOP Central Office determination)

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No

If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes      ☐ No

THOMAS, DONTRAE 14420033

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

THOMAS, DONTRAE 14420033

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

THOMAS, DONTRAE 14420033

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Due Process rights were violated by misapplication of the concept of "constructive possession"; an investigating officer was never assigned; non-existent evidence was cited as a basis for the determination; and Petitioner was denied access to and presentation of exculpatory evidence

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See attached memorandum of law for full description of supporting facts and legal argument(s)

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes      ☐ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes      ☐ No

THOMAS, DONTRAE 14420033

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   No.

## Request for Relief

15. State exactly what you want the court to do:   Vacatur and expungement of the disciplinary action, and restoration of the disallowed Good Conduct Time

THOMAS, DONTRAE 14420033

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3/12/24

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

THOMAS, DONTRAE 14420033